IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0263

IN THE MATTER OF

A.B.W. and D.L.W.,

    Youths in Need of Care

## ORDER

    Upon consideration of Appellant Mother's Motion to Consolidate and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 22-0263 and DA 22-0265 are hereby consolidated under Cause No. DA 22-0263 and captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
September 8 2022